IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALLACE HANEY                                                                PLAINTIFF

v.                                    No. 1:14-cv-142-DPM

TROY GIPSON, Individually and
d/b/a MID SOUTH LIQUIDATION LLC
and OUTLET MART LLC;
BRENT GIPSON; and JULIE GIPSON                                DEFENDANTS

ORDER

The parties have informally advised the Court that they've agreed to the voluntary dismissal of the entity defendants. All Haney's claims against Mid-South Liquidation, LLC and Outlet Mart, LLC are therefore dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii). The Court looks forward to the parties' joint report.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 September 2016