IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALLACE HANEY                                                                   PLAINTIFF

v.                              No. 1:14-cv-142-DPM

TROY GIPSON, Individually and
d/b/a MID SOUTH LIQUIDATION LLC
and OUTLET MART LLC;
BRENT GIPSON; and JULIE GIPSON                                          DEFENDANTS

## ORDER

Defendants' counsel has informally advised the Court that the motion to dismiss, № 20-1, is unopposed. The motion is therefore granted, and Haney's claims will be dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2016