IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALLACE HANEY                                                                PLAINTIFF

v.                         No. 1:14-cv-142-DPM

TROY GIPSON, Individually and
d/b/a MID SOUTH LIQUIDATION LLC
and OUTLET MART LLC;
BRENT GIPSON; and JULIE GIPSON                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2016